UNITED STATES DISTRICT COURT

NORTHEN DIST OF TEXAS

VICTORIA A PHILLIPS

   PLAINTIFF

DOCKET 3:24-CV-01017-X-BN



VS

GEICO INS. CO.     COMPLAINT

   DEFENDANT

CAUSE OF ACTION

PLAINTIFF (VICTORIA A PHILLIPS) RESIDENCE OF P.O. BOX 80653, LINCOLN, NE 68501 FILES THIS ACTION (CIVIL LAWSUIT) AGAINST DEFENDANT (GEICO INSURANCE CO.) A NATIONWIDE COMPANY THAT BUSINESS RESIDENCE IN TEXAS, CALIFORNIA, WEST VIRGINIA.

PLAINTIFF (VICTORIA A PHILLIPS) BRING BEFORE THIS COURT A PRIMA FACISA CASE. THE DEFENDANT (GEICO INS CO.) THROUGH MAIL FRAUD NEGLIGENTLY AND INTENTIONAL COMMITTED FRAUD AND EXTORTION (THEFT BY PREMIUM) OPENLY.

DEFENDANT (GEICO INS CO.) EXPOSED THE PLAINTIFF (VICTORIA A PHILLIPS) PRIVATE INFORMATION (BANK ACCOUNT, PERSONAL INFORMATION) TO A TOTAL STRANGER BY THE NAME OF (DISHIA D. PATEL), THIS EXPOSURE CAN LED TO THIS PERSON USING THE PLAINTIFF (VICTORIA A PHILLIPS) NAME AND INFORMATION FOR ANY DANGEROUS USES. LEAVING THE PLAINTIFF (VICTORIIA A PHILLIPS) FOR YEARS TO COME WITH NO PROTECTION AGAINST THE CORRUPTION OF SOCIETY., THIS HOST OF DANGER COULD GO ON AND ON FOREVER IN WHICH PLAINTIFF (VICTORIA A PHIILLIPS) WOULD NOT HAVE FINANICAL INCOME TO FIGHT SUCH A BATTLE

DOCKET # 3:24-CV-01017-X-BN                                                                                      PAGE 2.

## EVIDENCE AND EXHIBITS

DEFENDANTS ( GEICO INS. CO ) LETTER OF FEBRUARY 9, 2024, (MAIL FRAUD) SENT TO PLAINTIFF (VICTORIA A PHILLIPS) WITH THE UNKNOWN PERSON (DISHIA D PATEL) TO BE ADDED TO PLAINTIFF (VICTORIA A PHILLIPS) POLICY    EXHIBIT (A)

PLAINTIFF ( VICTORIA A PHILLIPS ) RESPONSE LETTER FEBRUARY 11, 2024, STATING THE PLAINTIFF (VICTORIA A PHILLIPS) DID NOT KNOW THIS INDIVIDUAL AND ANY FRAUD- ELENT ACTION BY THE DEFENDANT (GEICO INS. CO.) WOULD BE MET WITH THE FILLING OF A LAWSUIT    EXHIBIT (B)

DEFENDANT (GEICO INS..CO. ) WENT THROUGH WITH THEIR ACTION   AND ON FEBRUARY 27, 2024, ENDORSED THIS UNKNOWN INDIVIDUAL (DISHIA D PATEL) ONTO PLAINTIFF (VICTORIA A PHILLIPS) ACCOUNT, INCREASING THE POLICY FROM $187.73 TO $554.29 PER MONTH. (OVERBILLING, EXTORTION, WIRE FRAUD., PREMIUM THEFT)   EXHIBIT ( C ).



- Government Employees Insurance Company
- GEICO General Insurance Company
- GEICO Indemnity Company
- GEICO Casualty Company
- GEICO Advantage Insurance Company
- GEICO Choice Insurance Company
- GEICO Secure Insurance Company

P.O. Box 509104, San Diego, CA 92150-9916

February 09, 2024

Victoria A Phillips
PO BOX 80653
LINCOLN, NE 68501-0653

Policy Number: 6111144470

Dear Victoria A Phillips,

We are reaching out to you based on information obtained from a consumer reporting agency. It appears that DISHA D PATEL may be a licensed or permitted driver with your address listed as their primary address.

In order to ensure proper protection, this driver must be added to your policy if they reside in your household and are related to you, or if they use your vehicle and do not carry their own insurance.

To add DISHA to your policy, simply log in at service.geico.com and navigate to the Driver area. While online, you will also have an opportunity to review additional discounts that may be available to you.

If DISHA is insured under another policy, just fax a current insurance declaration page showing DISHA as a covered driver to 855-814-4058 so we can update your policy with this information. Be sure to include your GEICO policy number on the fax.

Please note that DISHA will be automatically added to your policy as a driver, if no action is taken within 15 days.

If you have already contacted us regarding this matter, or have already added DISHA to your policy, please disregard this notice.

For additional assistance, please do not hesitate to give us a call.

Sincerely,

GEICO Underwriting
1-800-841-3000



FEBRUARY 11, 2024

GEICO

P.O. BOX 509104

SAN DIEGO, CA 92150-9916

IN RE; VICTORIA A PHILLIPS
P.V 6111144470

TO WHOM IT MAY CONCERN;

I SPOKE TO ONE OR YOUR AGENT (PATRICIA) ON FEBRUARY 11, 2024, CONCERNING A PERSON BY THE NAME OF DISHA D PATEL WHO WOULD BE PLACE ON MY POLICY WITHIN 15 DAYS . IF THERE WAS NO RESPONSE FROM ME. I WARNED YOUR AGENT (PATRICIA) THAT IF YOUR COMPANY DID SUCH A FRUAD-ULENT THING THAT I WOULD SUE YOUR COMPANY. IF YOU DID NOT RECEIVE A WRITTEN NOTARIZE LETTER FROM ME I INFORM OF THIS DIRE CONSEQUENCES PLEASE TAKE THIS WARNING SERIOUS.

_____
VICTORIA A PHILLIPS

P.O. BOX 80653

LINCOLN NE 68501

402-601-7218



# GEICO
geico.com

Tel: 1-800-841-3000

**GEICO Choice Insurance Company**
P.O. Box 509090
San Diego, CA 92150-9090

## Declarations Page

This is a description of your coverage.
Please retain for your records.

**Policy Number: 6111-14-44-70**
**Coverage Period:**
01-01-24 through 07-01-24
Your coverage begins and ends at 12:01am local time at the address of the named insured.

**Endorsement Effective: 02-27-24**

Date Issued: February 27, 2024

VICTORIA ANN PHILLIPS
PO BOX 80653
LINCOLN NE 68501-0653

Email Address: Log in to **geico.com** to update

### Named Insured
Victoria Ann Phillips

### Additional Drivers
Disha D Patel

| Vehicle | VIN | Vehicle Location | Finance Company/Lienholder |
|---|---|---|---|
| 1  2021 Kia Soul | KNDJ23AU9M7757509 | LINCOLN NE 68510-1341 | |

| Coverages* | Limits and/or Deductibles | Vehicle 1 |
|---|---|---|
| Bodily Injury Liability<br>  Each Person/Each Occurrence | $25,000/$50,000 | $373.43 |
| Property Damage Liability | $25,000 | $737.92 |
| Medical Payments | $1,000 | $18.82 |
| Uninsured Motorists<br>  Each Person/Each Occurrence | $25,000/$50,000 | $30.07 |
| Underinsured Motorist<br>  Each Person/Each Occurrence | $25,000/$50,000 | $22.91 |
| Comprehensive (Excluding Collision) | $1,000 Ded | $135.58 |
| Collision | $1,000 Ded | $782.03 |
| Emergency Road Service | ERS FULL | $16.01 |
| Rental Reimbursement | $35 Per Day<br>$1,050 Max | $46.90 |



T-S
DEC_PAGE (03-14)  (Page 1 of 2)

Continued on Back
Endorsement Page 7 of 12

# GEICO

**GEICO Choice Insurance Company**

Bill Issued: **February 27, 2024**

Hi Victoria, here's your updated auto pay statement to reflect your recent auto policy change. You're all set – no need to do anything.

**Amount Due**

**$187.73**

**Mar 1, 2024**

Remaining Total: **$1,468.99**

## Auto

**GEICO Choice Insurance Company**

Policy Number: **6111-14-44-70**
Policy Effective Date: **Jan 1, 2024**

| Date | Description | Amount |
|---|---|---|
| Feb 17, 2024 | Premium Installment Charge | $5.00 |
| Feb 26, 2024 | Policy Change | $733.07 |

## Upcoming Payments

Payment Plan: Monthly
Auto Pay: Enrolled

| Date | Amount |
|---|---|
| Mar-01-24 | $187.73 |
| Apr-01-24 | $554.27 |
| May-01-24 | $371.00 |
| Jun-01-24 | $370.99 |

Bill Issued: February 27, 2024

# GEICO

Policy Number: **6111-14-44-70**



**VICTORIA ANN PHILLIPS**
PO BOX 80653
LINCOLN NE  68501-0653

ATPY2

This document reflects information as of February 27, 2024.

MARCH 9, 2024

GEICO
P.O. BOX 509104
SAN DIEGO CA 92150 9916

IN RE; VICTORIA A PHILLIPS
POLICY # 6111144470

TO WHOM IT MAY CONCERN;

I HAVE RECEIVE YOUR RESPONSE MARCH 9, 2024, AND YOU HAVE CONTINUED WITH YOUR ACTION . IN 10 DAYS A LAWSUIT WILL BE FILED IN FEDERAL COURT , AND THE SUM OF $25 MILLION DOLLARS WILL BE DEMANDED OF YOUR COMPANY TO PAY IN DAMAGES., FOR THE FOLLOWING FELONIES (FRAUD, OVERBILLING, AND IN YOUR ACTION CREPE INTO BREAKING THE RICO ACT OF 1970 LAW)  YOUR  COMPANY (GEICO INSURANCE ) HAS BEEN WARNED AND WILL BE SERVED PROMPTLY.

THANK YOU

*[signature]*
VICTORIA A PHILLIPS
P.O. BOX 80653
LINCOLN, NE 68501



# GEICO.

Bill Issued March 22, 2024

GEICO Choice Insurance Company

Amount Due

**$554.27**

Apr 1, 2024

Remaining Total: $1,286.26

Hi Victoria, here's your updated auto pay statement to reflect your recent auto policy change. You're all set – no need to do anything.

## Auto

GEICO Choice Insurance Company

Policy Number: 6111-14-44-70
Policy Effective Date: Jan 1, 2024

| Date | Description | Amount |
|---|---|---|
| Feb 17, 2024 | Premium Installment Charge | $5.00 |
| Feb 26, 2024 | Policy Change | $733.07 |
| Mar 1, 2024 | Resubmitted Card Payment | $0.00 |
| Mar 5, 2024 | Received Payment | $-187.73 |
| Mar 21, 2024 | Premium Installment Charge | $5.00 |

## Upcoming Payments

Payment Plan: Monthly
Auto Pay: Enrolled

| | |
|---|---|
| Apr-01-24 | $554.27 |
| May-01-24 | $371.00 |
| Jun-01-24 | $370.99 |

Bill Issued: March 22, 2024

Policy Number: **6111-14-44-70**



VICTORIA ANN PHILLIPS
PO BOX 80653
LINCOLN NE  68501-0653





ATPY2

This document reflects information as of March 22, 2024.

LAWS IN SUPPORT

RICO – STATUE ENACTED IN THE 1970's (RACKETEER INFLUENCED AND CORRUPT ORGANIZATION) ACT, IS A FEDERAL LAW AT (CODIFED AT 18 U.S.C. 1961-68) THE UNLAWFUL ACTIVITIES OF THOSE ENGAGED IN ORGANIZED CRIME.

MAIL FRAUD- USING THE POSTAL SERVICE OR ANY PRIVATE OR COMMERCIAL INTERSTATE CARRIER TO DEFRAUD WITH INTENT TO DEFRAUD AND USES THE MAIL IN FURTHERANCE OF THAT SCHEME (PRISON SENTENCE 20 YEARS)

WIRE FRAUD- USING THE ELECTRIC COMMUNICATION SUCH AS (THE INTERNET) (PRISON SENTENCE 20 YEARS)

OVERBILLING- TO SUMIT A BILL OF CHARGES TO SOMEONE FOR AN AMOUNT IN EXCESS OF WHAT IS DUE. (PREMIUM THEIIF)

EXTORTION-THE USE OF FORCE OR THREAT TO OBTAIN MONEY OR ANOTHER ITEM OF VALUE FROM ANOTHER PERSON. JURISDICTION CLASSIFY EXTORTION AS A CRIME AGAINST PROPERTY OR A THEFT RELATED OFFENSE (THEFT OF INSURANCE PREMIUM)

DOCKET # 3:24-CV-01017-X-BN                                                                 PAGE 3

## INVOICE

## DAMAGES

PLAINTIFF (VICTORIA A PHILLIPS) SEEKS THE FOLLOWING DAMAGES FROM THE DEFENDANT (GEICO INS.. CO ) AS FOLLOWS

### ACTUAL DAMAGES

IN THE SUM OF $25 MILLION DOLLARS, FOR THE EXPOSURE OF PLAINTIFF (VICTORIA A PHILLIPS) PRIVATE INFORMATION TO THE UNKNOWN PERSON (DISHIA D PATEL)

### PUNITIVE DAMAGES

IN THE SUM OF AN ADDITIONAL $10 MILLIONS DOLLARS,, REASON STATED DEFENDANT (GEICO INS. CO) CONTINUED WITH THEIR SCAM OF ACTION AGAINST PLAINTIFF (VICTORIA A PHILLIPS) FOR THEIR SELF INRICHMENT., DISREGUARDING PLAINTIFF (VICTORIA A PHILLIPS) FEBRUARY 11, 2024 LETTER OF PROTEST.

DATE 5/5/24

_____
VICTORIA A PHILLIPS

DOCKET #- 3:24-CV-01017-X-BN                                      PAGE 4

## PLEADINGS

PLANTIFF (VICTORIA A PHILLIPS) PRAYS THAT THE UNITED STATES DISTRICT COURT FINDS AND DEEMS THIS REDRESS GOOD AND JUST AGAINST THE DEFENDANTS (GEICO INSURANCE CO.) AND ALSO THE DEFENDANT (GEICO INS. CO.) PAY THE COURT COST.

DATE 5/5/24

_____
VICTORIA A PHILLIPS
P.O. BOX 80653
LINCOLN, NE 68501
402-601-7218

UNITED STATES DISTRICT COURT

NORTHERN DIST. OF TEXAS

CERTICATE OF SERVICE

I *Victoria A Phillips* DO HEREBY CERTIFY THAT I HAVE THIS DATE 5/5/24 TRAMMITED IN THE U. S. MAIL, PREPAID POSTAGE A TRUE AND CORRECT COPY OF THE FOREGOING RELIEF TO THE PARTIES BELOW.

GEICO INS. CO.

CHADWICH SAPENTER

RICHMOND, TX 77469

GEICO INS..AGENT

400 PROMENADE WAY STE 1000

SUGAR LAND, TX 77478

GEICO INS. CO.

P.O. BOX 509104

SAN DIEGO, CA 92105

_____

VICTORIA A PHILLIPS

P.O. BOX 80653

LINCOLN, NE 68501

402-601-7218

## WRIT OF EXECUTION

DOCKET NUMBER_ 3;24-CV-01017-X-BN_

| | |
|---|---|
| VICTORIA A PHILLIPS | GEICO INSURANCE COMPANY |
| P.O. BOX 80653 | CHADWICH SAPENTER |
| LINCOLN, NE 68501 | RICHMOND, TEXAS |
| 402-601-7218 | |

PHILLIPS   VS   GEICO INSURANCE CO et al

JUDGMENT OF THE COURT WAS ENTERED IN THIS CASE IN FAVOR OF THE JUDGMENT CREDITOR, I VICTORIA A PHILLIPS JUDGMENT CREDITOR, HEREBY REQUEST A WRIT OF EXECUTION TO SATISFY THE JUDGMENT FOR THE FOLLOWING AMOUNT DUE AND OWING $25 MILLION DOLLARS AND PUNITIVE DAMAGES IN THE SUM OF $10 MILLION DOLLARS. AND COURT COST TO BE PAID BY THE DEFENDANTS (GEICO INS. CO )

PROPERY TO BE LEVIED UPON;
ALL AND ANY BANK ACCOUNTS TANGIBLE AND INTANGIBLE ASSESTS OWNED BY THE DEFENDANTS (GEICO INS. CO ).

DATE   MAY 5, 2024

_____

_____

UNITED STATES DISTRICT COURT

NORTHERN DIST. OF TEXAS

CERTICATE OF SERVICE

I, Victoria A Phillips, DO HEREBY CERTIFY THAT I HAVE THIS DATE 5/5/24 TRAMMITED IN THE U.S. MAIL, PREPAID POSTAGE A TRUE AND CORRECT COPY OF THE FOREGOING RELIEF TO THE PARTIES BELOW.

GEICO INS. CO.
CHADWICH SAPENTER
RICHMOND, TX  77469

GEICO INS..AGENT
400 PROMENADE WAY STE 1000
SUGAR LAND, TX  77478

GEICO INS. CO.
P.O. BOX 509104
SAN DIEGO, CA 92105

_____
VICTORIA A PHILLIPS
P.O. BOX 80653
LINCOLN, NE 68501
402-601-7218

MAY 5, 2024

DOCKET 3:24- CV- 01017 -X-BN

UNITED STATES DIST. COURT

NORHEN DIST. OF TEXAS

1100 COMMERCE ST.  RM 1452

DALLAS, TEXAS  75424



TO THE CLERK;

ENCLOSED FOR FILING ARE THE ORIGINAL AND THREE (3) COPIES, OF THE COMPLAINT INVOICE AND THE WRIT OF EXECUTION AND THE CERTIFICATE OF SERVICE . PLEASE RETURN A STAMPED COPY OF THE DOCUMENT BACK TO ME ., A STAMP ENVELOPE IS ENCLOSED FOR YOUR CONVEINCE YOUR COOPERATION IS GREATLY APPRECIATED

THANK YOU

RESPECTFULLY SUBMITTED

_____
VICTORIA  A.  PHILLIPS

P.O. BOX  80653

LINCOLN, NE  68501

402-601-7218

