UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VICTORIA A. PHILLIPS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:24-CV-1017-X-BN |
| | § | |
| GEICO INSURANCE CO., et al., | § | |
| | § | |
| *Defendant*. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. No. 7). Magistrate Judge David L. Horan recommended dismissing this action without prejudice for improper venue. Plaintiff Victoria A. Phillips filed an objection. Phillips objects to Magistrate Judge Horan's conclusion that venue is improper.

The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the Court **DISMISSES** this case **WITHOUT PREJUDICE** for improper venue.

**IT IS SO ORDERED** this 13th day of August 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE